# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV04-00046-CJC(ANx) | Date | March 8, 2006 |
| Title | Jerry Doran -v- Del Taco, Inc., et al. | | |

Present: The Honorable  CORMAC J. CARNEY

| Debra Beard | Maria Dellaneve | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

    Adam Sorrells
    Lynn Hubbard
    Mark Emmette

Attorneys Present for Defendants:

    Scott J. Ferrel
    Lisa Wegner



**Proceedings:**     COURT TRIAL (1st day)

Pursuant to stipulation of counsel, non-party witnesses are excluded.

Counsel make opening statements.

Each of the following are called, sworn and testified: Reed Settles, Harold Littlejohn, Jerry Doran and Stan Albright.

Portions of depositon transcripts of the following are read into the record: Harold Littlejohn and Jerry Doran.

Certain exhibits are marked and/or admitted into evidence.

Request for admission response to Pacific Castle (exhibit #19) is read into the record.

Defendants' speaking motions for judgment as a matter of law are made. Plaintiff disagrees as to all. Court defers ruling until after close of trial.

Trial continued to March 9, 2006 at 9:00 a.m.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV04-00046-CJC(ANx)     Date  March 8, 2006

Title  Jerry Doran -v- Del Taco, Inc., et al.

|  | 05 | : | 23 |
|---|---|---|---|
| Initials of Preparer: | | | |
| Initials of Deputy Clerk: | | | |